Exhibit 2

## LEXUS OF SERRAMONTE

445 SERRAMONTE BLVD.  MON-FRI 7:00-7:00
COLMA, CA 94014      SAT 8:00-5:00
(650) 994-2255       1-877-77LEXUS

To schedule an appointment, visit us on-line at
www.lexusserramonte.com

CUSTOMER #: 5C063589        404523
MUI CHU                     *INVOICE*
DAVID HO
SAN [REDACTED] 32-2604      PAGE 1    BAR# AF 147864  EPA# CAD 982332561
HOM[REDACTED]NT:N/A
BUS:         CELL:           SERVICE ADVISOR: 9173 LUNARD VILLAJIN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| 01C0/SILVE | 05 | LEXUS RX330 | REDACTED | REDACTED | 60039/60040 | T1443 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 15MAR05 DD | | | 17:00 14JAN10 | | CASH | 12JAN10 |

| R.O. OPENED | READY | OPTIONS: STK:22187 ENG:3.3 Liter |
|---|---|---|
| 17:06 06JAN10 | 14:12 12JAN10 | |

```
LINE OPCODE TECH TYPE HOURS                       LIST    NET     TOTAL
A ** 60,000 MILE SERVICE ** (CONTACT # REDACTED)
    X30KFC4N 30K SERVICE-OIL & FILTER CHANGE-ROTATE
       TIRES & CHECK TIRE PRESSURES-INSPECT BRAKE
       PADS & ROTORS-TOP OFF FLUIDS-REPLACE AIR
       FILTER & BRAKE FLUID-CLEAN A/C
       FILTER-MULTI-POINT INSPECTION-ROAD TEST-CAR
       WASH-RESET SERVICE LIGHT
         3121    CT
         9082    CT
                                                            340.00  340.00
    TRANS PERFORM TRANSMISSION SERVICE
         9082    CT
                                                             65.00   65.00
    DIFF REPLACED FRONT AND REAR DIFFERENTIAL FLUID
         9082    CT
                                                             78.00   78.00
    WIP REPLACED WIPER BLADES INSERTS
         3121    CT
                                                              0.00    0.00
    1 90915-YZZD1  FILTER, OIL                   10.25    10.25   10.25
    1 90430-12031  GASKET                         1.50     1.50    1.50
    1 00289-2BC00  NON-CHLOR BRAKE CLNR           6.94     6.79    6.79
    2 90430-18008  GASKET                         2.86     2.86    5.72
    4 12157-10010  GASKET, DRAIN PLUG             1.50     1.50    6.00
    4 00279-000T4-01 ATF T-IV QUART               6.25     6.25   25.00
    1 17801-0H010  ELEMENT SUB-ASSY, AI          23.40    23.40   23.40
    1 00475-1BF03  BRAKE FLUID                    5.48     4.50    4.50
    1 85214-44140  RUBBER, WIPER BLADE            9.17     9.17    9.17
    1 85214-0E020  RUBBER, WIPER BLADE           11.61    11.61   11.61
    1 85214-0E010  RUBBER, WIPER BLADE            7.95     7.95    7.95
    5 5W30 MOTOR OIL                              3.25     3.25   16.25
    3 80W90 GEAR LUBE                             3.85     3.85   11.55
    1 0055350010   SERVICE KIT                   41.95    41.95   41.95
   -1 DISC DISCOUNT                              15.00    15.00  -15.00
MISC INTERNET SPECIAL
           CDI                                                   -30.00  -30.00
PARTS:   166.64   LABOR:   483.00   OTHER:   -30.00   TOTAL LINE A:  619.64
```

| ORIGINAL ESTIMATE $ | | FINAL REVISED ESTIMATE $ | | DESCRIPTION | TOTALS |
|---|---|---|---|---|---|
| DATE | TIME | PHONE # OR IN PERSON | AUTHORIZED BY | LABOR AMOUNT | |
| | | | ADDITIONAL AMOUNT $ | PARTS AMOUNT | |
| REASON | | | | GAS, OIL, LUBE | |
| | | | REVISED TOTAL $ | SUBLET AMOUNT | |
| DATE | TIME | PHONE # OR IN PERSON | AUTHORIZED BY | MISC. CHARGES | |
| | | | ADDITIONAL AMOUNT $ | TOTAL CHARGES | |
| REASON | | | REVISED TOTAL $ | LESS INSURANCE | |
| | | | | SALES TAX | |
| | | | | PLEASE PAY THIS AMOUNT | |

I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATE PRICE AND I HAVE RECEIVED A COPY OF THIS INVOICE.

x

WARNING: Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm...

SIGNATURE COPY

```
CUSTOMER #: 5C063589                        404523           LEXUS OF SERRAMONTE
                                                       445 SERRAMONTE BLVD.   MON-FRI 7:00-7:00
MUI CHU                                                COLMA, CA 94014              SAT 8:00-5:00
DAVID HO                                  *INVOICE*    (650) 994-2255           1-877-77LEXUS

                                                           To schedule an appointment, visit us on-line at
REDACTED  4132-2604                                                www.lexusserramonte.com
HOME:        CONT:N/A               PAGE 2              BAR# AF 147864  EPA# CAD 982332561
BUS:         CELL:            SERVICE ADVISOR: 9173 LUNARD VILLAJIN
  COLOR   YEAR    MAKE/MODEL           VIN           LICENSE    MILEAGE IN / OUT    TAG
01C0/SILVE 05   LEXUS RX330          REDACTED                   60039/60040     T1443
  DEL. DATE  PROD. DATE WARR. EXP.  PROMISED      PO NO.          PAYMENT      INV. DATE
15MAR05 DD                       17:00 14JAN10                    CASH         12JAN10
  R.O. OPENED       READY        OPTIONS:  STK:22187 ENG:3.3 Liter
17:06 06JAN10   14:12 12JAN10
LINE OPCODE TECH TYPE HOURS                              LIST        NET        TOTAL
 60039  3.60 2.0 3121 1.6 9082 LF/RF8 LR/RR7 F5MM R0MM
        *************************************************
B INTERIOR DETAIL
    CR CANCELLED DETAIL
        999   IPS                                                              (N/C)
PARTS:     0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE B:                  0.00

        *************************************************
C RX841 $10.00 PER DAY FOR GAS FEE IN CAR#___ PLS RETURN LOANER WITHIN
    12 HOURS OF YOUR CAR BEING COMPLETE. A CHARGE OF $59.00 PER DAY
    WILL BE ADDED IF NOT RETURNED ON TIME. THANK YOU. (FINAL
    INSPECTION BY ___)
    LOAN 841... CUST FILLED LOANER CAR
        999   CG                                              0.00              0.00
PARTS:     0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE C:                  0.00

        *************************************************
D CUST STATES THAT AFS LIGHT COMES ON AND OFF
    CR FOUND EXCESSIVE WATER BUILD UP ON RIGHT FRONT
       HEADLAMP SHORTING HEADLAMP ECU...
        3121  IPS                                                              (N/C)
PARTS:     0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE D:                  0.00
 60039
        *************************************************
E** DURING SERVICE, FOUND REAR PADS WORN @ 0MM
    RBPS * REPLACE REAR BRAKE PADS, MACHINE ROTORS &
       ADD BRAKE FLUID AS NEEDED
        9264  CT
        9082  CT
        9033  CT
                                                           250.00    250.00
    1 04466-48060 PAD KIT, DISC BRAKE               75.59   75.59     75.59
    1 00289-2BC00 NON-CHLOR BRAKE CLNR               6.94    6.79      6.79
```

| ORIGINAL ESTIMATE $ | | | FINAL REVISED ESTIMATE $ | | | DESCRIPTION | TOTALS |
|---|---|---|---|---|---|---|---|
| DATE | TIME | PHONE # OR IN PERSON | AUTHORIZED BY | ADDITIONAL AMOUNT $ | | LABOR AMOUNT | |
| REASON | | | | REVISED TOTAL $ | | PARTS AMOUNT | |
| | | | | | | GAS, OIL, LUBE | |
| | | | | | | SUBLET AMOUNT | |
| DATE | TIME | PHONE # OR IN PERSON | AUTHORIZED BY | ADDITIONAL AMOUNT $ | | MISC. CHARGES | |
| REASON | | | | REVISED TOTAL $ | | TOTAL CHARGES | |
| | | | | | | LESS INSURANCE | |
| I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATE PRICE AND I HAVE RECEIVED A COPY OF THIS INVOICE. | | | | | | SALES TAX | |
| X | | | | | | PLEASE PAY THIS AMOUNT | |

WARNING: Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. These chemicals are contained in many vehicle components and replacement parts, vehicle fluids, and materials used to maintain vehicles, including...

SIGNATURE COPY

```
                                                              LEXUS OF SERRAMONTE
CUSTOMER #: 5C063589                   404523         445 SERRAMONTE BLVD.    MON-FRI 7:00-7:00
                                                      COLMA, CA 94014                SAT 8:00-5:00
MUI CHU                               *INVOICE*       (650) 994-2255             1-877-77LEXUS
DAVID HO
                                                      To schedule an appointment, visit us on-line at
                                                              www.lexusserramonte.com
REDACTED     94132-2604                PAGE 3        BAR# AF 147864   EPA# CAD 982332561
REDACTED         NT:N/A
BUS:             ELL:           SERVICE ADVISOR: 9173 LUNARD VILLAJIN
   COLOR    YEAR      MAKE/MODEL              VIN         LICENSE    MILEAGE IN / OUT     TAG
 01C0/SILVE  05   LEXUS RX330              REDACTED                  60039/60040         T1443
  DEL. DATE  PROD. DATE  WARR. EXP.   PROMISED          PO NO.        PAYMENT         INV. DATE
 15MAR05 DD                          17:00 14JAN10                    CASH             12JAN10
   R.O. OPENED       READY       OPTIONS:  STK:22187 ENG:3.3 Liter
 17:06 06JAN10   14:12 12JAN10
 LINE OPCODE TECH TYPE HOURS                         LIST       NET       TOTAL
       -1 DISC DISCOUNT                             20.00      20.00     -20.00
 PARTS:     62.38   LABOR:    250.00   OTHER:   0.00   TOTAL LINE E:     312.38

 60039 ((( REGULAR PRICE IS $370+TX... INTERNET SPECAIL $50 OFF ))))
        ************************************************************
 F** CONCERN OF HEAVY WATER BUILD UP ON RIGHT FRONT HEADLAMP ASY (LOOKS
     LIKE IT'S RUSTING INSIDE)
 CAUSE: DEFORMED HEADLAMP SEAL(RF) (( GOODWILL REPAIR ))
       810051 REPLACED RIGHT FRONT HEADLAMP ASSEMBLY
            3121   WT                                                     (N/C)
            3121   CT                                        70.00       70.00
        1 81110-0E030 HEADLAMP ASSY, RH
                   CT                              868.26   868.26      868.26
                   WT                                                     (N/C)
     GOOD * THIS REPAIR IS NOT COVERED UNDER THE
            MANUFACTURER'S WARRANTY. AS A ONE-TIME
            GESTURE OF GOODWILL, LEXUS OF SERRAMONTE
            WOULD LIKE TO ASSIST
            3121   IPS                                                    (N/C)
       FC: 66,13
       PART#: 81110-0E030
       COUNT: 1
       CLAIM TYPE:   RG
       AUTH CODE:

 SPLIT FOR LINE F  50/50 LABOR AND PARTS
 PARTS:    868.26   LABOR:     70.00   OTHER:   0.00   TOTAL LINE F:     938.26

 60039 810051 REPLACED R/F HEAD LIGHT ASSY. (( GOODWILL REPAIR -
 CUST PAYS 50% ))
        ************************************************************
```

| ORIGINAL ESTIMATE $ | | | FINAL REVISED ESTIMATE $ | | | DESCRIPTION | TOTALS |
|---|---|---|---|---|---|---|---|
| | | | | | | LABOR AMOUNT | |
| DATE | TIME | PHONE # OR IN PERSON | AUTHORIZED BY | ADDITIONAL AMOUNT $ | | PARTS AMOUNT | |
| | | | | | | GAS, OIL, LUBE | |
| REASON | | | | REVISED TOTAL $ | | SUBLET AMOUNT | |
| | | | | | | MISC. CHARGES | |
| DATE | TIME | PHONE # OR IN PERSON | AUTHORIZED BY | ADDITIONAL AMOUNT $ | | TOTAL CHARGES | |
| REASON | | | | REVISED TOTAL $ | | LESS INSURANCE | |
| | | | | | | SALES TAX | |
| I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATE PRICE AND I HAVE RECEIVED A COPY OF THIS INVOICE. | | | | | | PLEASE PAY THIS AMOUNT | |
| X | | | | | | | |

SIGNATURE COPY

# LEXUS OF SERRAMONTE

```
CUSTOMER #: 5C063589                   404523           445 SERRAMONTE BLVD.   MON-FRI 7:00-7:00
                                                        COLMA, CA 94014              SAT 8:00-5:00
MUI CHU                               *INVOICE*         (650) 994-2255          1-877-77LEXUS
DAVID HO
REDACTED                                                To schedule an appointment, visit us on-line at
SAN FRANCISCO, CA 94132-2604          PAGE  4                   www.lexusserramonte.com
HOME:              CONT:N/A                             BAR# AF 147864   EPA# CAD 982332561
BUS:               CELL:              SERVICE ADVISOR:  9173 LUNARD VILLAJIN
```

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| 01C0/SILVE | 05 | LEXUS RX330 | REDACTED | | 60039/60040 | T1443 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 15MAR05 DD | | | 17:00 14JAN10 | | CASH | 12JAN10 |

| R.O. OPENED | READY | OPTIONS: STK:22187 ENG:3.3 Liter |
|---|---|---|
| 17:06 06JAN10 | 14:12 12JAN10 | |

```
LINE OPCODE TECH TYPE HOURS                          LIST         NET          TOTAL
    EST: 781.00          06JAN10  17:06  SA: 9173

    BRAKES: FRT=5MM REAR=NEW ....
    TIRES(32NDS: FRT=8 REAR=7)
    .... TIRES ROTATED THIS
    SERVICE
```

| ORIGINAL ESTIMATE $ | | | FINAL REVISED ESTIMATE $ | | | DESCRIPTION | TOTALS |
|---|---|---|---|---|---|---|---|
| | | | | | | LABOR AMOUNT | 803.00 |
| DATE | TIME | PHONE # OR IN PERSON | AUTHORIZED BY | ADDITIONAL AMOUNT $ | | PARTS AMOUNT | 1097.28 |
| | | | | | | GAS, OIL, LUBE | 0.00 |
| REASON | | | | REVISED TOTAL $ | | SUBLET AMOUNT | 0.00 |
| | | | | | | MISC. CHARGES | -30.00 |
| DATE | TIME | PHONE # OR IN PERSON | AUTHORIZED BY | ADDITIONAL AMOUNT $ | | TOTAL CHARGES | 1870.28 |
| REASON | | | | REVISED TOTAL $ | | LESS INSURANCE | 0.00 |
| I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATE PRICE AND I HAVE RECEIVED A COPY OF THIS INVOICE. | | | | | | SALES TAX | 104.74 |
| x | | | | | | PLEASE PAY THIS AMOUNT | 1975.02 |

SIGNATURE COPY