# Exhibit 3



L-SB-0008-10                    January 22, 2010

# Headlamp Condensation

| Service Category | Vehicle Exterior | | |
|---|---|---|---|
| Section | Lighting (ext) | Market | USA |



**Applicability**

| YEAR(S) | MODEL(S) | ADDITIONAL INFORMATION |
|---|---|---|
| 2004 – 2006 | RX330 | WMI(s): 2T2, JTJ |
| 2007 – 2009 | RX350 | WMI(s): 2T2, JTJ |
| 2006 – 2008 | RX400H | WMI(s): JTJ |

**Introduction**

Some 2004 – 2009 RX vehicles may exhibit a condition where excess condensation or moisture forms on the interior of the headlamp(s). To address this condition and to improve serviceability of the headlamp, an improved headlamp housing has been developed. Use the following repair information to replace the headlamp housing as necessary.

**TSIB Overview**

This TSIB provides details on newly available headlamp housings that can be utilized as an alternative to replacement of the entire headlamp assembly when addressing excessive headlamp condensation complaints.

**Production Change Information**

This TSIB applies to all 2004 – 2006 RX 330 vehicles and to RX 350 and RX 400h vehicles produced **BEFORE** the Production Change Effective VINs shown below.

| MODEL | DRIVETRAIN | PLANT | PRODUCTION CHANGE EFFECTIVE VIN |
|---|---|---|---|
| RX 350 | 2WD | TMK | JTJGK31U#90016319 |
| | | TMMC | 2T2GK31U#9C080049 |
| | AWD | TMK | JTJHK31U#92060640 |
| | | TMMC | 2T2HK31U#9C132586 |
| RX 400h | 2WD | TMK | JTJGW31U#82008611 |
| | AWD | TMK | JTJHW31U#82062234 |


# Headlamp Condensation

**Warranty Information**

| OP CODE | DESCRIPTION | TIME | OFP | T1 | T2 |
|---|---|---|---|---|---|
| BD9065 | R & R Headlamp Housing (one side) (Used when old parts are transferred to a new housing) | 1.3 | 811##-48### 811#0-0E0## | 66 | 48 |
| Combo A | Opposite Side (Headlamp Housing) | 1.1 | | | |

**APPLICABLE WARRANTY**
- This repair is covered under the Lexus Comprehensive Warranty. This warranty is in effect for 48 months or 50,000 miles, whichever occurs first, from the vehicle's in-service date.
- Warranty application is limited to occurrence of the specified condition described in this bulletin.

**Parts Information**

The "Unit, Headlamp" part name in the following tables refers to a housing only and is not a complete assembly.

For vehicles equipped with HID AFS headlights, ensure that you order the correct part number for the specific production date range for the vehicle being repaired.

**For Japan built vehicles starting with WMI "JTJ"**

| MODEL | DESCRIPTION | PART NAME | VEHICLE PRODUCTION DATE | CURRENT PART NUMBER | QTY |
|---|---|---|---|---|---|
| RX 350 | Non HID | Unit, Headlamp, LH | 03/2005 - 08/2007 | 81170-48200 | 1 |
| RX 400h | Non HID | Unit, Headlamp, LH | 08/2007 - 12/2008 | 81170-48600 | |
| RX 350 | HID | Unit, Headlamp, LH | 03/2005 - 08/2005 | 81185-48210 | |
| RX 350 | HID (w AFS) cutline | Unit, Headlamp, LH | 03/2005 - 08/2005* | 81185-48260 | |
| RX 350 | HID (w AFS) non cutline | Unit, Headlamp, LH | 08/2005 - 08/2007* | 81185-48261 | |
| RX 400h | HID (w AFS) | Unit, Headlamp, LH | 08/2007 - 12/2008 | 81185-48640 | |
| RX 350 | Non HID | Unit, Headlamp, RH | 03/2005 - 08/2007 | 81130-48200 | |
| RX 400h | Non HID | Unit, Headlamp, RH | 08/2007 - 12/2008 | 81130-48600 | |
| RX 350 | HID | Unit, Headlamp, RH | 03/2005 - 08/2005 | 81145-48210 | |
| RX 350 | HID (w AFS) cutline | Unit, Headlamp, RH | 03/2005 - 08/2005* | 81145-48260 | |
| RX 350 | HID (w AFS) non cutline | Unit, Headlamp, RH | 08/2005 - 08/2007* | 81145-48261 | |
| RX 400h | HID (w AFS) | Unit, Headlamp, RH | 08/2007 - 12/2008 | 81145-48640 | |

\* For NAP vehicles produced through the month of 09/2005 and CBU vehicles produced through the month of 08/2005, it is necessary to remove the original headlamp, locate the original part number on the housing and compare the original part number with the new part number (for parts ordering accuracy).

© 2010 Lexus, a division of Toyota Motor Sales, USA


# Headlamp Condensation

**Parts Information (Continued)**

**For North American built vehicles starting with WMI "2T2"**

| MODEL | DESCRIPTION | PART NAME | VEHICLE PRODUCTION DATE | CURRENT PART NUMBER | QTY |
|---|---|---|---|---|---|
| RX 350 | Non HID | Unit, Headlamp, LH | 09/2003 - 01/2009 | 81170-48200 | 1 |
| | HID | Unit, Headlamp, LH | 09/2003 - 09/2004 | 81185-48210 | |
| | HID (with AFS) cutline | Unit, Headlamp, LH | 09/2003 - 09/2005* | 81185-48260 | |
| | HID (with AFS) non cutline | Unit, Headlamp, LH | 09/2005 - 01/2009* | 81185-48261 | |
| | Non HID | Unit, Headlamp, RH | 09/2003 - 01/2009 | 81130-48200 | |
| | HID | Unit, Headlamp, RH | 09/2003 - 09/2004 | 81145-48210 | |
| | HID (with AFS) cutline | Unit, Headlamp, RH | 09/2003 - 09/2005* | 81145-48260 | |
| | HID (with AFS) non cutline | Unit, Headlamp, RH | 09/2005 - 01/2009* | 81145-48261 | |

* For NAP vehicles produced through the month of 09/2005 and CBU vehicles produced through the month of 08/2005, it is necessary to remove the original headlamp, locate the original part number on the housing and compare the original part number with the new part number (for parts ordering accuracy).


© 2010 Lexus, a division of Toyota Motor Sales, USA


# Headlamp Condensation

**Parts Information (Continued)**

> **NOTE**
> - **AFS (Adaptive Front Lighting System)** refers to an automatic lamp orientation control system that takes into account both steering angle and vehicle speed to orient the headlamps to an angle that provides better nighttime visibility.
> - **HID (High Intensity Discharge)** headlamp refers a specific type of headlamp bulb that is generally brighter than conventional headlamp bulbs.
> - Certain vehicles equipped with HID AFS headlights have a distinct beam pattern or "cutline." It is important that you order the correct part number for the specific production date of the vehicle being repaired.
> - Production date can be verified by inspecting the Manufacturing Label located on the driver's side "B" pillar.
>
> 

© 2010 Lexus, a division of Toyota Motor Sales, USA


# Headlamp Condensation

**Repair Procedure**

Remove and replace the headlamp housing or assembly. Refer to the Technical Information System (TIS), applicable model year Repair Manual:

- 2004 RX 330:

    *Vehicle Exterior – Lighting: "LH Headlight Assembly: [Overhaul](Overhaul)"*

- 2005 RX 330:

    *Vehicle Exterior – Lighting: "LH Headlight Assembly: [Overhaul](Overhaul)"*

- 2006 RX 330:

    *Vehicle Exterior – Lighting: "Headlight Assembly: [Removal](Removal) / [Disassembly](Disassembly) / [Resassembly](Resassembly) / [Installation](Installation)"*

- 2007 RX 350:

    *Vehicle Exterior – Lighting: "Headlight Assembly: [Removal](Removal) / [Disassembly](Disassembly) / [Resassembly](Resassembly) / [Installation](Installation)"*

- 2008 RX 350:

    *Vehicle Exterior – Lighting: "Headlight Assembly: [Removal](Removal) / [Disassembly](Disassembly) / [Resassembly](Resassembly) / [Installation](Installation)"*

- 2009 RX 350:

    *Vehicle Exterior – Lighting: "Headlight Assembly: [Removal](Removal) / [Disassembly](Disassembly) / [Resassembly](Resassembly) / [Installation](Installation)"*

- 2006 RX 400h:

    *Vehicle Exterior – Lighting: "Headlight Assembly: [Removal](Removal) / [Disassembly](Disassembly) / [Resassembly](Resassembly) / [Installation](Installation)"*

- 2007 RX 400h:

    *Vehicle Exterior – Lighting: "Headlight Assembly: [Removal](Removal) / [Disassembly](Disassembly) / [Resassembly](Resassembly) / [Installation](Installation)"*

- 2008 RX 400h:

    *Vehicle Exterior – Lighting: "Headlight Assembly: [Removal](Removal) / [Disassembly](Disassembly) / [Resassembly](Resassembly) / [Installation](Installation)"*

© 2010 Lexus, a division of Toyota Motor Sales, USA