MICHAEL L. MALLOW (SBN 188745)
mmallow@loeb.com
DENISE A. SMITH-MARS (SBN 215057)
dmars@loeb.com
DARLENE M. CHO (SBN 251167)
dcho@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
TOYOTA MOTOR SALES, U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUI HO, SHELDA ANGLIN, and TED FLORY, individually, and on behalf of other members of the general public similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>TOYOTA MOTOR CORPORATION, and TOYOTA MOTOR SALES, U.S.A., INC.,<br><br>    Defendants. | Case No.: C 12-02672 SC<br><br>Assigned to Hon. Samuel Conti<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT;  FOR ORDER SETTING BRIEFING SCHEDULE; AND CONTINUING CASE MANAGEMENT CONFERENCE DATE AND RELATED DATES**<br><br>Complaint filed:  May 24, 2012 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2232034.1
212799-10030

STIPULATION TO EXTEND TIME TO RESPOND TO
FIRST AMENDED COMPLAINT AND CONTINUING
CMC DATE AND RELATED DATES

This stipulation is entered into by Toyota Motor Corporation ("TMC") and Toyota Motor Sales, U.S.A., Inc. ("TMS") (collectively, "Toyota"), and Plaintiffs Mui Ho, Shelda Anglin, and Ted Flory (collectively, "Plaintiffs") (collectively, the "Parties"), by and through their respective counsel, with reference to the following facts and recitals:

WHEREAS, on August 15, 2012, Plaintiffs filed a First Amended Class Action Complaint (the "FAC"), which, for the first time, named TMC as an additional defendant in this action;

WHEREAS, pursuant to the Court's Order dated July 30, 2012, the deadline for TMS to respond to the FAC is September 14, 2012 [Docket #20];

WHEREAS, as of the date of this Stipulation, TMC has not been served with the Summons and FAC in this action;

WHEREAS, the Parties agree that their preference is to have TMS and TMC jointly file any response to the FAC;

WHEREAS, the case management conference in this action is currently scheduled for December 7, 2012 at 10:00 a.m.; and

WHEREAS, no trial date has been set.

**NOW, THEREFORE**:

1. It is stipulated that TMC will be deemed to be served as of the date this Stipulation is filed with the Court. Notwithstanding the date on which service on TMC is deemed to have been effected, TMC shall file a response to Plaintiffs' FAC pursuant to paragraph 2 below.

2. The Parties hereby stipulate and agree, subject to Court approval, that TMC and TMS shall have until October 12, 2012 to file a response to Plaintiffs' FAC. To the extent TMC and TMS' response is a motion, the Parties agree to the following briefing schedule, pursuant to the Commentary to Local Rule 7-2, which states that "[f]or complex motions, parties are encouraged to stipulate to or seek a Court order establishing a longer notice period with correspondingly longer periods

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2232034.1
212799-10030

2

STIPULATION TO EXTEND TIME TO RESPOND TO
FIRST AMENDED COMPLAINT AND CONTINUING
CMC DATE AND RELATED DATES

for response or reply":

| | |
|---|---|
| Deadline for Defendants to file motion: | Oct. 12, 2012 |
| Deadline for Plaintiffs to file opposition: | Nov. 12, 2012 |
| Deadline for Defendants to file reply: | Dec. 7, 2012 |
| Hearing date on motion: | The earlier of Dec. 21, 2012 or the Court's next available hearing date at the time the hearing date is reserved by Defendants |

3. The Parties stipulate and agree, subject to Court approval, to the following deadlines related to the Case Management Conference:

| | |
|---|---|
| Deadline to hold Rule 26(f) conference: | Jan. 7, 2013 |
| Deadline to file ADR Certification: | Jan. 7, 2013 |
| Deadline to file ADR Stipulation or Request for ADR Telephone Conference: | Jan. 7, 2013 |
| Deadline to file Joint Rule 26(f) Report / CMC Statement: | Jan. 28, 2013 |
| Deadline to serve Initial Disclosures: | Jan. 28, 2013 |
| Case Management Conference: | Feb. 8, 2013 or at a later date convenient for the Court |

4. In exchange for TMC's agreement to forego the formalities of the Hague Service Convention otherwise required for service on TMC, Plaintiffs and TMC agree to the following: (i) TMC will have a total of 90 days to respond to all written discovery requests; (ii) any TMC corporate representative deposition noticed under Fed. R. Civ. P. 30(b)(6) will be done on at least 90 days notice; and (iii) at Defendants' election, any depositions of a corporate representative noticed under Fed. R. Civ. P. 30(b)(6) shall be conducted at a law office selected by Defendants in the Los Angeles area.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2232034.1
212799-10030

3

STIPULATION TO EXTEND TIME TO RESPOND TO
FIRST AMENDED COMPLAINT AND CONTINUING
CMC DATE AND RELATED DATES

DATED: September 10, 2012

| LOEB & LOEB LLP | LAW OFFICES OF MARK YABLONOVICH |
|---|---|
| By  /s/ Darlene M. Cho<br>    Darlene M. Cho<br>    Attorneys for Defendants | By  /s/ Neda Roshanian (with counsel's permission)<br>    Neda Roshanian<br>    Attorneys for Plaintiffs |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2232034.1
212799-10030

4

STIPULATION TO EXTEND TIME TO RESPOND TO
FIRST AMENDED COMPLAINT AND CONTINUING
CMC DATE AND RELATED DATES

| | |
|---|---|
| 1 | MICHAEL L. MALLOW (SBN 188745) |
|   | mmallow@loeb.com |
| 2 | DENISE A. SMITH-MARS (SBN 215057) |
|   | dmars@loeb.com |
| 3 | DARLENE M. CHO (SBN 251167) |
|   | dcho@loeb.com |
| 4 | LOEB & LOEB LLP |
|   | 10100 Santa Monica Blvd., Suite 2200 |
| 5 | Los Angeles, CA  90067 |
|   | Telephone: 310.282.2000 |
| 6 | Facsimile: 310.282.2200 |

Attorneys for Defendant
TOYOTA MOTOR SALES, U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MUI HO, SHELDA ANGLIN, and TED FLORY, individually, and on behalf of other members of the general public similarly situated,

   Plaintiffs,

   v.

TOYOTA MOTOR CORPORATION, and TOYOTA MOTOR SALES, U.S.A., INC.,

   Defendants.

Case No.: C 12-02672 SC

Assigned to Hon. Samuel Conti

**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT; SETTING BRIEFING SCHEDULE; AND CONTINUING CASE MANAGEMENT CONFERENCE DATE AND RELATED DATES**

Complaint filed:  May 24, 2012

# ORDER

Having read the Parties' Stipulation To Extend Time To Respond To First Amended Class Action Complaint; For Order Setting Briefing Schedule; and Continuing Case Management Conference Date and Related Dates (the "Stipulation"), and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The deadlines and dates in the Court's Order dated July 30, 2012 [Docket #20] related to the motion to dismiss and case management conference, including the hearing date reserved on November 16, 2012 and the case management conference scheduled for December 7, 2012, are hereby vacated;

2. Toyota Motor Corporation ("TMC") is deemed to be served as of the date of the filing of the Stipulation with the Court. Notwithstanding the date on which service on TMC is deemed to have been effected, TMC shall file a response to the FAC pursuant to paragraph 3 below.

3. Toyota Motor Sales, U.S.A., Inc. ("TMS") and TMC shall have until October 12, 2012 to respond to Plaintiffs' FAC. To the extent TMC and TMS' response is a motion, the Parties shall file their respective briefs according to the following schedule:

| | |
|---|---|
| Deadline for Defendants to file motion: | Oct. 12, 2012 |
| Deadline for Plaintiffs to file opposition: | Nov. 12, 2012 |
| Deadline for Defendants to file reply: | Dec. 7, 2012 |
| Hearing date on motion: | ~~The earlier of~~ Dec. 21, 2012 ~~or the Court's next available hearing date at the time the hearing date is reserved by Defendant~~s |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2232034.1
212799-10030

2

ORDER EXTENDING TIME TO RESPOND; SETTING BRIEFING SCHEDULE; AND CONTINUING CMC AND RELATED DATES

4. The following schedule related to the Case Management Conference shall apply:

| | |
|---|---|
| Deadline to hold Rule 26(f) conference: | Jan. 7, 2013 |
| Deadline to file ADR Certification: | Jan. 7, 2013 |
| Deadline to file ADR Stipulation or Request for ADR Telephone Conference: | Jan. 7, 2013 |
| Deadline to file Joint Rule 26(f) Report / CMC Statement: | Jan. 28, 2013 |
| Deadline to serve Initial Disclosures: | Jan. 28, 2013 |
| Case Management Conference: | Feb. 8, 2013 ~~or at a later date convenient for the Court~~ |

5. Consistent with the Parties' Stipulation regarding discovery on TMC, the Court orders that: (i) TMC will have a total of 90 days to respond to all written discovery requests; (ii) any TMC corporate representative deposition noticed under Fed. R. Civ. P. 30(b)(6) will be done on at least 90 days notice; and (iii) at Defendants' election, any depositions of a corporate representative noticed under Fed. R. Civ. P. 30(b)(6) shall be conducted at a law office selected by Defendants in the Los Angeles area.

DATED: 9/10/12

*[Signature: Judge Samuel Conti — IT IS SO ORDERED]*

HON. SAMUEL C. _____
SENIOR U_____ ____ COURT JUDGE

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2232034.1
212799-10030

3

ORDER EXTENDING TIME TO RESPOND; SETTING
BRIEFING SCHEDULE; AND CONTINUING CMC
AND RELATED DATES