1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUI HO, SHELDA ANGLIN, and TED FLORY, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION and TOYOTA MOTOR SALES, U.S.A., INC.,<br><br>Defendants. | Case No.: C 12-02672 SC<br><br>Assigned to Hon. Samuel Conti<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO CONTINUE DEADLINES FOR 90 DAYS PENDING CONCLUSION OF MEDIATION BEFORE JAMS MEDIATOR ON NOVEMBER 20, 2013**<br><br>IT IS SO ORDERED AS MODIFIED<br><br>Complaint filed:  May 24, 2012 |

# ORDER

The Court having considered the Parties Joint Stipulation to Extend Time to Continue Deadlines for 90 Days Pending Conclusion of Mediation Before JAMS Mediator on November 20, 2013; and good cause appearing therefore,

IT IS HEREBY ORDERED that:

The deadlines set forth in the April 26, 2013 Civil Minutes are hereby continued for ninety (90) days and reset as follows:

1. Discovery Cut-Off: May 8, 2014
2. Last Date Motions can be Heard: ~~June 5, 2013~~ June 6, 2014
3. Pretrial Conference: ~~June 20, 2014~~ July 18, 2014
4. Jury Trial: ~~July 7, 2014~~ July 28, 2014

No further continuances will be granted.

**IT IS SO ORDERED.**

Dated: 08/20/2013

By _____
HON. SAMUEL CONTI
SENIOR UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Samuel Conti*

-1-

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO CONTINUE DEADLINES FOR 90 DAYS PENDING MEDIATION**