1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

19

MUI HO, SHELDA ANGLIN, and TED
FLORY, individually, and on behalf of other
members of the general public similarly
situated,

                Plaintiff,

      v.

TOYOTA MOTOR CORPORATION and
TOYOTA MOTOR SALES, U.S.A., INC.,

         Defendants.

Case No.: C 12-02672 SC

Assigned to Hon. Samuel Conti

**[~~PROPOSED~~] ORDER GRANTING
STIPULATION TO EXTEND TIME TO
CONTINUE DEADLINES FOR 90 DAYS
PENDING CONCLUSION OF
MEDIATION BEFORE JAMS
MEDIATOR ON NOVEMBER 20, 2013**

IT IS SO ORDERED AS MODIFIED

Complaint filed:  May 24, 2012

20

21

22

23

24

25

26

27

28

---

[PROPOSED ] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO CONTINUE DEADLINES FOR 90
DAYS PENDING MEDIATION

1

**<u>ORDER</u>**

2

     The Court having considered the Parties Joint Stipulation to Extend Time to Continue

3

Deadlines for 90 Days Pending Conclusion of Mediation Before JAMS Mediator on November

4

20, 2013; and good cause appearing therefore,

5

     IT IS HEREBY ORDERED that:

6

     The deadlines set forth in the April 26, 2013 Civil Minutes are hereby continued for

7

ninety (90) days and reset as follows:

8

    1.  Discovery Cut-Off:       May 8, 2014

9

    2.  Last Date Motions can be Heard: ~~June 5, 2013~~ June 6, 2014

10

    3.  Pretrial Conference:    ~~June 20, 2014~~ July 18, 2014

11

    4.  Jury Trial:        ~~July 7, 2014~~ July 28, 2014

12

     No further continuances will be granted.

13

**IT IS SO ORDERED.**

14

Dated:   08/20/2013

15

                  By _____

16

                  HON. SAMUEL CONTI

                  SENIOR UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

-1-